# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FLETCHER, | NO. CV 09-9107-JFW (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| MS. DOBSON-DAVIS, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: __10/10__.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE