# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER FLETCHER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MS. DOBSON-DAVIS, WARDEN,<br><br>　　　　Respondent. | NO. CV 09-9107-JFW (MAN)<br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: _____10/10_____.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John F. Walter
　　　　　　　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE